IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JUSTIN PITTMAN,

    Plaintiff,

v.                                                   CASE NO. 5:17-cv-302-RH-GRJ

SEAHAVEN LLC d/b/a
SHARKY'S BEACHFRONT
RESTAURANT AND HOTEL,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

The Court ordered Plaintiff to file a third amended complaint on or before May 2, 2018.  ECF No. 9.  When Plaintiff failed to comply, the Court ordered him to show cause as to why this case should not be dismissed.  ECF No. 10.  As of this date, Plaintiff has failed to comply.

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED** without prejudice for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS** this 29th day of May 2018.

                                                     *s/ Gary R. Jones*
                                                     GARY R. JONES
                                                     United States Magistrate Judge

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**